| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Bark Social Baltimore, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   DBA  **Bark Social**  
   DBA  **Brewski's Barkhaus**

3. **Debtor's federal Employer Identification Number** (EIN)  
   **86-2573784**

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **710 S Glover Street**<br>**Baltimore, MD 21224**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
   | **Baltimore City**<br>County | **Location of principal assets, if different from principal place of business**<br>**3822 Boston Street Baltimore, MD 21224**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://barksocial.com**

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Bark Social Baltimore, LLC**
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **8134**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **Bark Social Baltimore, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor   **See Attached List of All Affiliated Entities**   Relationship

District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Bark Social Baltimore, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 4, 2024**
MM / DD / YYYY

X **/s/ Lukas Silverman**
Signature of authorized representative of debtor

**Lukas Silverman**
Printed name

Title **CEO of Sole Member, Dogcentric Ventures, Inc.**

**18. Signature of attorney**

X **/s/ Brent C. Strickland**
Signature of attorney for debtor

Date **December 4, 2024**
MM / DD / YYYY

**Brent C. Strickland**
Printed name

**Whiteford, Taylor & Preston L.L.P.**
Firm name

**8830 Stanford Blvd.
Suite 400
Columbia, MD 21045**
Number, Street, City, State & ZIP Code

Contact phone **410-347-9402**   Email address **bstrickland@whitefordlaw.com**

**22704 MD**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

**LIST OF ALL AFFILIATED ENTITIES FILING PETITIONS
IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
CONTEMPORANEOUSLY IN DECEMBER 2024, INCLUDING THE DEBTOR IN THIS CASE:**

| CASE NAME | TAX ID NUMBER |
| --- | --- |
| Dogcentric Ventures, Inc. | 84-3480943 |
| Bark Social Baltimore, LLC | 86-2573784 |
| Bark Social Bethesda, LLC | 85-0680583 |
| Bark Social Columbia, LLC | 92-0593335 |
| Bark Social Alexandria, LLC | 83-3136340 |
| Bark Social Philly, LLC | 87-4357782 |

*4862-8204-5947.1*

# United States Bankruptcy Court
### District of Maryland

In re  **Bark Social Baltimore, LLC**
Debtor(s)

Case No.
Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Lukas Silverman**, declare under penalty of perjury that I am the **CEO of Sole Member, Dogcentric Ventures, Inc.** of **Bark Social Baltimore, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __4th__ day of December, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lukas Silverman**, **CEO of Sole Member, Dogcentric Ventures, Inc.** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Lukas Silverman**, **CEO of Sole Member, Dogcentric Ventures, Inc.** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Lukas Silverman**, **CEO of Sole Member, Dogcentric Ventures, Inc.** of this Corporation is authorized and directed to employ **Brent C. Strickland**, attorney and the law firm of **Whiteford, Taylor & Preston L.L.P.** to represent the corporation in such bankruptcy case."

Date  December 4, 2024

Signed  /s/ Lukas Silverman
**Lukas Silverman**

Resolution of Board of Directors
of
**Bark Social Baltimore, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lukas Silverman**, **CEO of Sole Member, Dogcentric Ventures, Inc.** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Lukas Silverman**, **CEO of Sole Member, Dogcentric Ventures, Inc.** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Lukas Silverman**, **CEO of Sole Member, Dogcentric Ventures, Inc.** of this Corporation is authorized and directed to employ **Brent C. Strickland**, attorney and the law firm of **Whiteford, Taylor & Preston L.L.P.** to represent the corporation in such bankruptcy case.

Date  December 4, 2024         Signed  /s/ Lukas Silverman

Date  _____       Signed  _____

# United States Bankruptcy Court
## District of Maryland

In re  **Bark Social Baltimore, LLC**　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of Sole Member, Dogcentric Ventures, Inc. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December  4, 2024**　　　　　　　　　　**/s/ Lukas Silverman**
　　　　　　　　　　　　　　　　　　　　　　　　**Lukas Silverman**/**CEO of Sole Member, Dogcentric Ventures, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　　Signer/Title

See Creditor Matrix in the lead case filed by Dogcentric Ventures, Inc.

# United States Bankruptcy Court
## District of Maryland

In re **Bark Social Baltimore, LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bark Social Baltimore, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dogcentric Ventures, Inc.**
**112B Askewton Rd.**
**Severna Park, MD 21146**

☐ None [*Check if applicable*]

**December 4, 2024**
Date

**/s/ Brent C. Strickland**
**Brent C. Strickland**
Signature of Attorney or Litigant
Counsel for **Bark Social Baltimore, LLC**
**Whiteford, Taylor & Preston L.L.P.**
**8830 Stanford Blvd.**
**Suite 400**
**Columbia, MD 21045**
**410-347-9402**
**bstrickland@whitefordlaw.com**